Case number 21-4061 Andrew Mitchell et al. v. City of Cincinnati OH et al. Oral argument 15 minutes for plaintiffs, 15 minutes to be shared by defendants. Mr. Weist for the appellants. Good morning your honors and I have the privilege of representing the appellants, Cincinnati Police Lieutenants Dave Schofield and Andrew Mitchell. If I could your honors I'd like to reserve four minutes for rebuttal. Yes your honor the the facts in this case are actually largely undisputed. This case involves a promotional process within the city of Cincinnati for the position of police captain. It involves a civil service examination and an objective process to get there in which the officers undergo you know various forms of testing and an eligibility list is created from that objective process under Ohio civil service law that indicates when promotions occur and in what order and the the wrinkle here is a factual clarification just up front how to um so when the the double fill is said to be absorbed does that does that mean um so there's 15 captain positions there's temporarily 16 captain positions um does that mean that when somebody the next person retires that just that that just goes away so it just goes back down to 15 in order to re-trigger the process you have to wait for essentially two retirements? That is exactly correct your honor and essentially the person that's that's occupying that double fill would fill the next vacancy that occurs. It is another way of looking at that. And what's what's is um just can you fill us in on the factual developments that have happened since this is since this seems to be you know a moving uh project with the thing expiring now the list expiring has there been a retirement? There is no your honor there are no retirements um that have been announced and I think that that's consistent with the record these promotional opportunities at the very top of this organization into the captain positions are fairly rare and so you know for a period of time um one would not expect that to occur. Now there's been another but the next thing that will happen then is Mr. if the retirement happens Mr. Norris will go into that position effectively? Well as an effective matter that's correct although there's been another wrinkle because Mr. Norris got the promotion to captain Mr. Norris then um was able and was promoted to assistant chief and so um that is another wrinkle that that assistant chief position has now been filled by Mr. Norris as a consequence of this which kind of gets into my argument about irreparable harm in a couple minutes because once these once these positions are filled um you know there's sort of no you know it becomes a real morass in terms of uh putting Humpty back together again for lack of a better term and so um and that you know that that becomes the difficulty with all of this and so um you know at the time that this incident occurred there was the double fill lieutenant Norris uh received that double fill and it um you know it occupied uh that position now normally what would happen um would and I think administratively he will sort of it will get absorbed in the next uh vacancy but then because he's been promoted to assistant chief um that becomes you know a very interesting question perhaps for the city to answer in terms of of how that all gets gets uh absorbed and I think your honor that does that does that affect your I mean we're here on a preliminary posture you can challenge it down the road what's the what's what's the eminence problem now it's not even gonna it's not even gonna delay things I assume then that means the next captain retirement um will be filled the the Norris promotion I suppose that what that would do would it would force the city to have to do two things um one they would have to promote one of the other captains to that assistant chief position because you know you would never promote a lieutenant up the ranks to assistant chief and two what that would then do it would immediately trigger immediately trigger um a promotional exam and in this this list expired I think we're into a lot of weird sort of irreparable issues because the list expired you know in terms of putting this back and that really gets to the what we've been saying all along with the irreparable harm how do you go back and fix this after the fact um and you know so excuse me I didn't follow that this judge rogers yes your honor why would it immediately trigger it I thought it wasn't triggered until you had a gap until you had less than 15. Well your honor remember that there was the promotion of lieutenant Norris to captain and they promoted him to assistant chief well someone else is going to have to fill that assistant but assistant chief that's not even in the record before us I mean we want to know what's happening but I'm trying to figure out whether we should reverse the denial of a preliminary injunction yes your honor and I think that that's another way to look at it I know judge Murphy asked about subsequent developments and so that's why I understand I had the same question I'm curious about what's going on it's simply because I don't want to talk about a hypothetical that has already been proven wrong but uh uh but still in all we're we're here as I understand it correct me if I'm wrong to see whether the district court's denial of a preliminary injunction should be affirmed or not that's correct that's an affirmative that's a preliminary injunction that you requested right it is and when you requested it what I want to ask what you were requesting is a freezing well your honor motion but it can't that can't that can't be the current what you're wanting because or do you want to freeze it as of then or freeze it as of now what does your request amount to now I guess that's what I'm asking so your honor I think it could take a couple forms but certainly well I don't I'm asking you what specifically not what we could do but what you're asking us to do by virtue of reversing the denial of your original request your honor again to me you could argue that it's moved I mean you've asked for to you've asked for a freezing and freezing didn't occur you had the chance to go up on an emergency basis and that was the next unsuccessful so you can do it seems like it would be hard to say you have to freeze something that's already thought your honor we would ask that the cock be reset that lieutenant norris's promotion be rescinded because it was on the basis of race and that our clients be restored to a level playing field that's the relief that we are asking and then what will then happen if you were asking before it was your honor we were asking to freeze the promotion before it occurred so you so if if we agree with you then then promptly they would have to demote mr norris that's right yes but I must point out if that's what your relief is um doesn't it raise all of the the morass that you just talked about I mean isn't that a factor that we would weigh against and in in looking at the equities of whether to do that pending it wouldn't be the final judgment it's just pending pending a hearing and a discussion of before the court as to whether they're standing and as to whether there's whether there's a cause of action and whether they're whether they're entitled to relief does it make sense to create a morass on the way to doing that your honor the morass was created as a result of the district court's erroneous decision and unfortunately we find this also but that erroneous decision was not stopped by our panel not our panel but another panel your honor I understand we look at it do we look at it I guess this is my question do we look at it as of the time that the motion was made or we look at it as of the time of now your honor I think in reviewing the district court's decision case law from this court would suggest that you should look at the state of affairs at the time that the district court entered its order and so even though even though granting the relief will cause things that the right I mean is that what you're asking for well your honor if you reverse the district court then yes or no question that's what you're asking for right it is judged but there's a further answer to that which is that if the district court is reversed it could then take under submission additional facts and evidence and subsequent developments in terms of a reversal in other words if the district court is say if this court says to the district court you were wrong you cannot have racial quotas you there is irreparable harm we're reversing your decision for further consideration and at that time if the district if we're going back to the district court it can then take into account subsequent developments in in deciding what to do with it and that would be the relief we would look at how how likely it was that the perk that that your clients suffered injury at that time that's right your honor and a couple points on that score there was a 100 certainty that they were going to be bumped out of line which was right in line with this court's handling in batola they were going to be bumped out of line solely on the basis of the color of their skin and because of that it was a hundred percent certainty that they were going to be can i clarify there what is um i think there's some confusion on what you're alleging is your injury i can see two injuries there's the one that i'll call the economic injury which is just the lack of a promotion whether it's you can think of that in terms aside from race discrimination you can think of that just i didn't get a promotion that i wanted that could happen for any number of reasons um and then the supreme court seems to say that um an article three injury in fact also includes the inability to compete on a level playing field and it treats that that as almost the constitutional injury but it wasn't clear to me that you were alleging the latter type of injury below were you alleging that or were you alleging just the lack of a promotion we were alleging that your honor and certainly we cited in the district court had the benefit of this court's decision in batola which relied heavily on that we we relied on that we briefed that um you know the the lack of level playing field we asked in part that this um consent decree which is just patent race discrimination be ended um both on a preliminary and permanent basis in addition to sort of one of the relief that one aspect of the relief we asked for was the ending of the consent decree generally we asked the district court preliminary and preliminarily enjoying that we also asked the lieutenant norris's promotion it is it is both we were seeking you know both the one question your time is about out um assuming there had never been the consent decree your clients would still not yet be promoted is that true i disagree with that your honor what would have occurred because of this assistant chief vacancy is one of the captains would have been promoted to assistant chief with the knowledge of what we knew then your honor there were assistant chief vacancies at that point in time so i do think that this eventuality was known at that point in time there was evidence in the record of that there was testimony of that below and so i do think the the possibility of a captain being raised to assistant chief and then um in this in this case lieutenant mitchell who was one of the two plaintiffs being promoted to captain was a high likelihood at that point there would have been an extra vacancy by virtue of circumstances that you could have predicted then is that what you're saying yes your honor was that the district that wasn't presented to the district court though it was judge it was argued below that there was this vacancy and that the the city was like well we may fill this assistant chief we may not but i think it what we knew at that point in the district court was that at a minimum that the next administration the captain would be um delayed and we also knew that it was a high likelihood of of um you know at some point we didn't know exactly when this assistant chief position being filled thank you thank you all right mr price good morning uh shannon price on behalf of the city of cincinnati and may it please the court um as your honors have correctly noted if the 1987 consent decree was enjoined the moment that this suit was filed lieutenants mitchell and schofield would still not be entitled to a promotion today that fact tells us in essence all that we need to know about the plaintiff's lack of standing to seek the specific relief so what um that goes to that goes to the lack of that in article three injury includes the inability to compete on a level playing field and it strikes me that um that existed here because of the fifth spot in this um um promotion based on based on race so what's the response to setting aside whether they would or would not have gotten the promotion they can challenge the lack of equal treatment they can your honor in terms of their equal protection claim but this court's precedent is clear that plaintiffs need to demonstrate individualized standing for each claims brought and each form of relief that they seek because of the procedural posture of this case the decisive issue on appeal is whether plaintiffs have standing to seek preliminary injunctive relief why can't they why couldn't they just say okay the the injury is the inability to compete on a level playing field whether we would or would not get the promotion that's not our injury the supreme court has said there's a distinct injury and equal protection injury and the lack of a level playing field an injunction and joining the consent decree would level the playing field so why wouldn't that preliminary injunction remedy the equal protection injury so two points there your honor the first is that even if that is even if we assume that they have a cognizable and particularized injury for purposes of their claim it's still not imminent on the facts of this case and we need to see imminence in order for a preliminary injunction to be appropriate relief and i have to correct a few factual statements that were made by opposing counsel here first the promotion to interim assistant police chief brian norris was promoted to a temporary spot that promotion is not permanent the question of how that spot will be filled is still open there is an interim police chief right now there was testimony below about the fact that those assistant chief positions were being held open until a permanent chief could be appointed that still hasn't happened we also it is far far from certainty that captains would have been necessarily promoted to that assistant chief position the city can promote from outside the department as well as within and it all goes toward really the statement that lieutenant mitchell made below it's all speculative we don't know when these but what do you think it's i agree with the promotion being speculative and if that was their injury so be it but it seems undoubtedly the case that they are suffering with each day this equal protection injury um in the sense that they're not able to compete on a level playing field if mr norris was still in the captain position um he would have just been absorbed into the the next retirement and so they their inability to compete for that next captain position would have been with 100 certainty um the fact and then the only question is when that would occur is that what eminence is really about i i would have thought eminence was would be something about whether the harm is speculative but here it just seems like it's really concrete but it's just a matter of timing which is outside their control because you don't know when the next captain is going to retire it's a matter of timing your honor but it actually is also a matter of speculation here because we don't know how many captain's positions are going to open once those remaining assistant chief positions are filled there were multiple positions open at the time of the preliminary injunctive hearing in this case and it's certainly possible that two captain's positions could open at the same time and then there's no delay we just don't know at this point and moving toward the nature of the injury here even assuming that plaintiff's promotions are delayed that type of injury is very easily remedied in the ordinary course of litigation it's actually exactly what happened in brunette which the plaintiffs repeatedly cite in their appellate briefing in that case the court held that there was delayed promotion that was a concrete harm and it needed to be fixed and they retroactively adjusted the seniority of the officers to remedy the harm that could certainly be done in this case after a adjudication of the merits before the district court but we didn't get that here but can i ask you just real quick about the merits you didn't really brief the merits are you if we disagree with you on eminence i assume you haven't defended this program as consistent with the equal protection clause because you don't think it is consistent with the equal protection clause or you just didn't feel like because we would have to reach the merits if we were to grant an injunction and the city didn't seem to defend the set aside as consistent with strict scrutiny you would have to reach the merits to grant the preliminary injunction your honor and moreover you'd have to find an abuse of discretion by the district court in terms of the irreparable harm prom and that's why the city well but i'm talking about the merits now you don't you don't defend the merits on appeal you don't defend this program as consistent with the equal protection clause on issues withstanding to seek relief and with the irreparable harm prom the case on point there is dt versus sumner county schools on that case the court assumed without deciding that plaintiffs would succeed on the merits of their claim but it still didn't matter because plaintiffs couldn't show irreparable harm and so it was not appropriate to grant the extraordinary remedy of a preliminary injunction that's indeed what the district court did in this case is that correct yes your honor so we would we would if i understand you started out talking about standing and so we got into standing but standing for preliminary injunctive purposes goes to whether they're likely to succeed on the merits not whether there's sufficient irreparable harm or irreparable injury and and in asking that question we have to look at how likely it is that they will suffer that injury during during the period of the preliminary injunction and that's what the i take it that you're not really asking us either to get to standing or the merits you're just asking us to say that the district court was correct or at least you you we could rule your way by simply saying that the district court didn't abuse its discretion and in finding that they were not likely to suffer irreparable injury is that correct absolutely your honor and so the city's argument here is to fold first so far as the district court did not abuse its discretion and finding another a lack of irreparable harm here then that's all this court needs to decide to to uphold its decision so how should you go about how should you go about getting an injunction against this type of thing do you think there's anybody that could sue to get an injunction or is the city's position that this is simply an unreviewable um set aside um so the program certainly is not unreviewable your honor because we can litigate this on the merits to conclusion before the district court so who would have standing then standing to bring the claim your honor or standing preliminary so we can uh we can assume here that plaintiffs have standing to bring an equal protection claim because they do compete within this system and they are alleging that they've been denied the opportunity a claim always comes with a remedy what remedy can they see the remedy would be at the conclusion of litigation they could have back pay retroactive adjustment of seniority a permanent injunction entered after the decision on the merits against further use of the program all of that remains available to them so so the doesn't a permanent injunction though have does does a permanent injunction not have an eminence requirement too there's no worry about that not at this stage your honor because the constitutional violation here it has yet to be proven and that's why a preliminary injunction is such an extraordinary remedy is because it requires the city to take steps to remedy a constitutional violation that has yet to be fully adjudicated and i believe that captain norris will speak to this more in a few moments but there are there are questions in the factual about how much this program is still necessary to what degree it is a proper mechanism to remedy racial discrimination uh captain norris raised those issues below and we need to litigate them thoroughly i see that my time has expired so i'll turn things over to captain norris without further questions from this court and the city respectfully asks the court to uphold the decision of the district court denying the preliminary injunction thank you audio good morning your honors may it please the court i'm donna bailey um for the intervener i'm defendant appellee ryan norris and i think it's important to point out what we're not here we're not here to adjudicate the merits of their complaint we're here to determine whether or not they met the standard for preliminary injunction which is an extraordinary remedy and a very difficult standard they have to have an injury in fact and in this case they don't have one i want to address a couple of things judge murphy um you asked the question but why isn't this this just a situation where they have an inability to compete on a level playing field and that's not the case here the level playing field is all of the officers were able to take the exam and get on the list and the enforcement of the consent decree never changed their the plaintiff appellate's position in line they are numbers five and six and had there been a vacancy while the list was in effect they would have got promoted regardless of brian norris and so they haven't been denied an equal opportunity but they have denied in the sense of um i know there's been developments since the litigation but um captain captain norris basically got the next spot and if this double fill hadn't existed they would have at least had the opportunity to take an exam after may to get to get be the number one on the list to fill that spot and so they were unable to fill the next captain spot because of the double film that's not true because the compliment is 15 and so it's not brian norris that made it 15 joe richardson the white male before him made it 15 so he made it 16 i agree with you he made it 16 and then what happens next is the next captain retires and as i understand the system then captain norris will move into that spot rather than having the usual competition with a new test and so they're denied the opportunity of that new test for the next retirement after this list expires that's not true your honor had there been no promotion brian norris would not have moved into the next spot when a list expires all of them together will be required to retest for the promotions exam and get a new ranking brian norris wouldn't automatically go into the next spot for the captain that retires the consent decree is only triggered with the current promotions list so if within the time frame then if there's four white males that get promoted then he would automatically be a double fill but if there there are none after that when the list expires brian norris is back in the original pool with everyone else has to retest with everyone else so so how does i might i asked your friend on the other side that as i understood how the system worked um captain norris would be temporarily number 16 captain so suppose the list expires once the list expires suppose another captain retires i thought that would just take it down to 15 and nothing would happen and captain norris would stay a captain but you seem to be suggesting that captain norris would then have to apply for that new spot i'm confused about what your hypothetical is your honor um so i'm just going to try to explain what's supposed to happen as best i can in real time of what we had at the district court when judge barrett made the decision we had 15 captains and one retired triggering a vacancy and joe richardson moved up and became number 15 brian norris because the prior four promotions were white males was a double fill meaning he was number 16 does not count towards the compliment at all while the list um is in effect once the the list expires now captain norris does count as number 16 and nobody is l is um can be that's why isn't that the equal protection injury right there that's so under normal circumstances essentially essentially captain norris is pre-filling the next retirement rather than having the next retirement be drawn competitively and it may satisfy our equal protection standards but that does seem like um a system that that basically sets aside the next retirement based on race um well a couple of things your honor and i think we have to bring it back and ask this court to re-examine then its own decision in color this is the exact same thing and this court said that the harm is too speculative so regardless of the equal protection argument they still don't have standing because there's no guarantee let's put brian norris aside and say that we never double filled the position then the plaintiffs go back where they originally were which is they have to take the test and there's no guarantee they will pass it the next time and there's no guarantee of what rank they would have on a list the next go around they might not be numbers one and two they might be three and four or five and six we don't even know if there would be another captain that retires at all over the next five ten fifteen years as plaintiff appellees council said in the beginning these positions are rare it's 100 speculative and we are here to examine at this stage of the case whether or not they've met the preliminary injunction standard and unfortunately for them you don't get to try the merits of your case at this stage you have to do standing as a preliminary finding and they simply don't have it there's too many hypotheticals that must happen to line them up they might not pass the exam they could be number three and four or better yet even if we never promoted captain norris what if no captain retires there's no vacancy at all there's no new list triggered and they can't get around that the court can't make a preliminary injunction ruling based on a potential hypothetical that may or may not ever occur and it might not even ever harm the plaintiffs appellees at all they very well may not even pass the exam and we just have no way of knowing where on the new list they would be and with the motion of captain norris at this stage they've actually suffered no harm at all because the list expired and it shows there was no vacancy had there been one andrew mitchell would have moved up but there was no vacancy so they are in the exact position that they would be had judge barrett um never allowed the police department to move forward the promotion of captain norris at all which is why their injunction should be denied thank you all right your waist thank you your honors judge murphy your honor i think you've hit the nail on the head and i know you asked me about level the playing field we filed a preliminary injunction motion the defendants responded and we both parties submitted findings of fact and proposed conclusions of law and this is a docket entry 24 and at pages 633 to 638 we spent five pages briefing the district court about the harm of level the playing field and vittolo and the jay crowson case and the entire line of the united states supreme court cases about leveling the playing field and by the way your honor there was a 100 certainty of harm that there was not going to be a level playing field for my clients at the time that the injunction hearing occurred and at the time that the district court entered its order there was a 100 certainty that the city was making a race-based promotion and that they were not going to be held on a level playing field when that occurred now would they actually get the promotions maybe maybe not lots of speculation there you know perhaps but that's not the question and that's not what was briefed below and if they're forced to do and this is why we've got this level the playing field because at the end of the day there's a lot of things that can happen in the course of an employment context in the course generally of equal treatment in terms of what can happen and we know that that there was a 100 certainty that the city was not going to treat them on a level playing field and was making race-based determinations what should have happened was that the injunction should have issued the consent decree should have been enjoined stopping the city's ongoing race and sex discrimination and then at that point you know what happens happens maybe they get a promotion maybe they don't but at least everyone's being treated equal and i think your honor you have hit the nail on the head in terms of you know what's going to happen when there's a captain's vacancy next when well you know this is the problem with the constitutional violation and this is why we have a level the playing field line of what do you what do you do with um i did look at the case law on the case law seems to call it what is known as bumping which is one person takes another person's job for um because that person was promoted on a discriminatory reason and the case law seems to um think that this is quite inequitable and i tend to agree um that an injunction i mean maybe it's too late in the day to grant any real effective relief as judge rogers said because it strikes me as the equities change significantly when you're asking between just an injunction to not apply this versus an injunction to require somebody who's already accepted a position to be demoted your honor if someone receives a position solely on the basis of the color of their skin versus the content of their merits which is you know what has occurred in this instance i would submit that um you know what what rewinding the clock may may not be inappropriate at all and in fact what will probably happen if this court were to do that just as a practical matter i know judge rogers was concerned about a practical matter is i don't think there's any universe in which the city of cincinnati is going is going to not allow captain norris to keep his promotion so what's probably going to happen then is the city's going to have to figure out a way to promote both of our clients to make everyone whole which you would have and i think all of that can be considered if the district court's judgment is reversed as it stands today we have a unconstitutional race-based consent decree that has been in practice for 40 years that the city did not even attempt to defend below and that lieutenant norris you know other than arguing statistical disparities which this court indicated in batola didn't cut it didn't really defend below everybody knows that this is unconstitutional everybody knows that this is patently you know against the united states supreme court precedent and yet we're playing these games of well they don't have standing they can't do this they can't do that they might not get a promotion and i would submit to the court there was a 100 certainty that they would not they were not going to be treated on a level playing field at the time that the district court entered this decision and the district court just patently ignored that entire line of case law including this court's recent decision in batola at the time creating the morass for lack of a better term that we've got now but i would submit that if this court reverses and enter and directs the district court to end this consent decree that my guess is the parties are going to come together and resolve this case to the benefit of everyone including resolving some of these equities thank you your honor well i want to ask one one last thing isn't it quite possible that the consent decree could at this point be unconstitutional but your client still would not be entitled to preliminary injunctive relief your honor that's not true they are entitled to level the playing field relief and they were entitled to level the playing field relief but they might they might win the i'm giving you the possibility that they might ultimately prevail in the litigation but they may i mean there's still requirements for preliminary relief that they may not meet your honor with respect i think this court's precedent the united states supreme court's precedent would submit that they they did meet a the requirements for preliminary injunction to level the playing field at the time that the district court met its decision there was no doubt 100 certainty that there was not going to be a level of the playing field as a consequence of this consent decree so i do think they met the standing to enjoin the use of this illegal and unconstitutional consent decree now whether or not they got a promotion all of those things i think you know that those chain of events that's a separate question but fundamentally they had the right to stop the race discrimination that was occurring i doubt that the only the only person here who would be harmed if your relief is granted the the consequence of it would be to harm um assistant chief norris and not to benefit your clients your honor i would submit that if this court reverses what's going to happen as a practical matter is a willingness to be considered to the benefits of my clients but i mean we can't we don't know what's going to happen as a practical matter right i would submit that all this court should be concerned it with ultimately is ending an ongoing unconstitutional violation and reversing a district court that ignored recent precedent from this court that that would be my suggestion all right we thank you all for arguments and we'll consider the case carefully thank you thank you thank you this honorable court is now adjourned